# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1440**
**CA 14-00222**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, AND SCONIERS, JJ.

JASON RUPP, PLAINTIFF-APPELLANT,

V                                                              ORDER

JEREMY BURGER, DEFENDANT-RESPONDENT.

KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (JESSICA REICH OF COUNSEL), FOR PLAINTIFF-APPELLANT.

HOGAN WILLIG, PLLC, AMHERST (GEFFREY GISMONDI OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered October 4, 2013. The judgment granted in part the motion of defendant for summary judgment, dismissed the complaint, determined defendant to be the fee-title owner of disputed real property and denied the cross motion of plaintiff for summary judgment.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: January 2, 2015                          Frances E. Cafarell
                                                  Clerk of the Court